1  **PATEL | STILWELL, LLP**
2  ANDREW R. STILWELL, ESQ.     (CBN: 229469)
   DARSHAN PATEL, ESQ.          (CBN: 312423)
3  2655 Camino Del Rio North, Suite 320
   San Diego, CA 92108
4  Telephone: (619) 940-6623
   Email: Paralegal@PatelStilwell.com
5  Attorney for DEFENDANT,
          OAKLAND ALAMEDA HOTELS LLC
6

7  **Strojnik Law Firm LLC**
8  Peter Kristofer Strojnik, Esq.
   Esplande Center III
9  2415 East Camelback Road, Suite 700
   Phoenix, AZ 85016
10 Telephone: 602-773-0370
11 Email: Strojnik@skplaw.com
   Attorney for Plaintiff,
12        THERRESA BROOKE
13

14              **UNITED STATES DISTRICT COURT**
15              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OAKLAND ALAMEDA HOTELS LLC, a Delaware limited liability company dba Radisson Hotel Oakland Airport,<br><br>　　　　　　　Defendants. | Case No. 4:18-CV-00205-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Jeffrey S. White<br><br>Ct. Rm.: 5<br><br>Complaint Filed: January 9th, 2018<br>Trial Date: Not Yet Set |

The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: May 23, 2018    **PATEL | STILWELL, LLP**

/s/ ANDREW R. STILWELL
ANDREW R. STILWELL, ESQ.
DARSHAN PATEL, ESQ.
Attorneys for DEFENDANT,
OAKLAND ALAMEDA HOTELS LLC

Dated: May 23, 2018    **STROJNIK FIRM, LLC**

/s/ PETER K. STROJNIK
PETER KRISTOFER STROJNIK, ESQ.
Attorney for Plaintiff,
THERESA BROOKE

Case No.: 4:18-CV-00205-JSC
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

|   |   |
|---|---|
| | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>OAKLAND ALAMEDA HOTELS LLC, a Delaware limited liability company dba Radisson Hotel Oakland Airport,<br><br>　　　　　　　　　　Defendants. | Case No. 4:18-CV-00205-JSC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Jeffrey S. White<br>Ct. Rm.: 5<br><br>Complaint Filed: January 9th, 2018<br>Trial Date: Not Yet Set |

The Court having considered the Stipulation of the parties, orders as follows:

1. The action is dismissed with prejudice.
2. Each Party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement

IT IS SO ORDERED.

DATE: _____

　　　　　　　　　　　　　　　　　　JUDGE OF THE UNITED
　　　　　　　　　　　　　　　　　　STATES DISTRICT COURT