UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br>OAKLAND ALAMEDA HOTELS LLC, a Delaware limited liability company dba Radisson Hotel Oakland Airport,<br><br>　　　　　　　　　Defendants. | Case No. 4:18-CV-00205-~~JSC~~ JSW<br><br>**[~~PROPO~~SED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Jeffrey S. White<br>Ct. Rm.: 5<br><br>Complaint Filed: January 9th, 2018<br>Trial Date: Not Yet Set |

The Court having considered the Stipulation of the parties, orders as follows:

1. The action is dismissed with prejudice.
2. Each Party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement

IT IS SO ORDERED.

DATE: May 23, 2018

_/s/ Jeffrey S. White_
JUDGE OF THE UNITED STATES DISTRICT COURT